UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   KEVIN PAUL JACKSON<br>   KELLI MICHELLE JACKSON<br>                                    Debtors | CASE NO: 06-32156<br>      (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4045725**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 3 | EVERHOME MORTGAGE<br>8100 NATIONS WAY<br>JACKSONVILLE, FL  32256 | 733.51 |
| 4/ 43 | EVERHOME MORTGAGE<br>8100 NATIONS WAY<br>JACKSONVILLE, FL  32256 | 903.96 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/23/2010

Certificate of Service     06-32156

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

KEVIN PAUL JACKSON
KELLI MICHELLE JACKSON
10031 BROKEN WOODS DR.
MIAMISBURG, OH  45342

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(43.4)
CHRISTIAN E NIKLAS
SHAPIRO VAN ESS PHILLIPS
BARRAGATE
4805 MONTGOMERY RD  STE 320
NORWOOD, OH  45212

(3.4)
CHRISTOPHER G PHILLIPS
SHAPIRO VAN ESS PHILLIPS
4805 MONTGOMERY ROAD STE 320
CINCINNATI, OH  45212

(3.1)
EVERHOME MORTGAGE
8100 NATIONS WAY
JACKSONVILLE, FL  32256

(3.3)
MARTHA R SPANER
1500 W THIRD ST STE 400
CLEVELAND, OH  44113

(42.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     sv